# EXHIBIT 2



RoM_P10_Vol4_#3_001_Cover.jpg
236.3 Kb
767x1005x24(RGB)



RoM_P10_Vol4_#3_002_Back_Cover.jpg
172.4 Kb
782x1042x24(RGB)



RoM_P10_Vol4_#3_003_Contents.jpg
173.1 Kb
765x1065x24(RGB)



RoM_P10_Vol4_#3_004_Biographies_01.jpg
248.9 Kb
787x1060x24(RGB)



RoM_P10_Vol4_#3_005_Biographies_02.jpg
251.8 Kb
765x1060x24(RGB)



RoM_P10_Vol4_#3_006_Irina_01.jpg
169.0 Kb
765x1090x24(RGB)



RoM_P10_Vol4_#3_007_Irina_02.jpg
153.6 Kb
760x1083x24(RGB)



RoM_P10_Vol4_#3_008_Irina_03.jpg
263.6 Kb
765x1088x24(RGB)



RoM_P10_Vol4_#3_009_Irina_04.jpg
166.8 Kb
757x1088x24(RGB)



RoM_P10_Vol4_#3_010_Irina_05.jpg
149.9 Kb
765x1088x24(RGB)



RoM_P10_Vol4_#3_011_Irina_06.jpg
162.1 Kb
765x1083x24(RGB)



RoM_P10_Vol4_#3_012_Irina_07.jpg
109.7 Kb
818x654x24(RGB)




*Monika*



NAME: Monika Zsibrita.  AGE: 26.  BORN: 10/30/72 Bekescsaba, HUNGARY.  HEIGHT: 5'8".
WEIGHT: 123.  FAVORITE ACTORS: Jean Reno, Jada Pinkett-Smith, Julia Roberts, Meg
Ryan.  FAVORITE COMEDIAN: Chris Rock.  HOBBIES: Computer graphics, mountain climb-
ing, swimming, shopping.  INTO: Challenging people.  NOT INTO: Dishonesty.



ALESSANDRA CORREA

PERFECT 10

Czechmate

VIBE SORENSON