1  Andrew P. Bridges SBN 122761
   Jennifer A. Golinveaux SBN 203056
2  **WINSTON & STRAWN LLP**
   101 California Street
3  San Francisco, CA 94111-5802
   (415) 591-1000 (ph)
4  (415) 591-1400 (fax)
   Attorneys for Defendants Giganews, Inc. and
5  Livewire Services, Inc.

6  Eric J. Benink SBN 187434
   **KRAUSE KALFAYAN BENINK & SLAVENS, LLP**
7  625 Broadway, Suite 635
   San Diego, CA 92101
8  (619) 232-0331 (ph)
   (619) 232-4019 (fax)
9  Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GIGANEWS, INC., a Texas corporation; )<br>LIVEWIRE SERVICES, INC., a Nevada )<br>corporation; and DOES 1 through 100, inclusive, )<br>)<br>Defendants. )<br>) | Case No. 11-CV-0905 H (MDD)<br><br>**JOINT MOTION TO EXTEND DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

Plaintiff Perfect 10, Inc. and Defendants Giganews, Inc. and Livewire Services, Inc. ("Defendants"), by and through their undersigned counsel, hereby jointly request that the Court extend the time within which Defendants are required to answer or otherwise respond to the Complaint.

Plaintiff filed this action on April 28, 2011, and served it on each of Defendants on or about May 2, 2011. The time for Defendants to respond to the Complaint is currently May 23, 2011. Defendants have just engaged counsel to represent them in this matter, and an extension will permit counsel to investigate and respond knowledgeably to the allegations in the Complaint.

Counsel for Plaintiff and for Defendants have conferred and agreed to extend the time within

which Defendants may answer or otherwise respond to the Complaint until June 22, 2011. The parties seek this extension of time not for delay, but for good cause and so that justice may be served. There have been no previous extensions of time.

In accordance with Local Rule 7.2, Defendants will separately submit a Proposed Order granting the relief requested.

Dated: May 18, 2011　　　　　　　　**WINSTON & STRAWN LLP**
　　　　　　　　　　　　　　　　　　　Andrew P. Bridges
　　　　　　　　　　　　　　　　　　　Jennifer A. Golinveaux

　　　　　　　　　　　　　　　　　By___s/ Andrew P. Bridges
　　　　　　　　　　　　　　　　　　　Attorney for Defendants Giganews, Inc., and
　　　　　　　　　　　　　　　　　　　Livewire Services, Inc.
　　　　　　　　　　　　　　　　　　　E-mail: abridges@winston.com

Dated: May 18, 2011　　　　　　　　**KRAUSE KALFAYAN BENINK & SLAVENS, LLP**
　　　　　　　　　　　　　　　　　　　Eric J. Benink

　　　　　　　　　　　　　　　　　By___s/ Eric J. Benink
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　E-mail: eric@kkbs-law.com