Andrew P. Bridges SBN 122761
Jennifer Golinveaux SBN 203056
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111-5802
(415) 591-1000 (ph)
(415) 591-1400 (fax)

Attorneys for Defendants Giganews, Inc. and
Livewire Services, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>GIGANEWS, INC., a Texas corporation;<br>LIVEWIRE SERVICES, INC., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No. 11-CV-0905 H (MDD)<br><br>**DEFENDANTS' NOTICE OF PARTY WITH FINANCIAL INTEREST** |

Pursuant to Fed. R. Civ. P. 7.1 and CivLR 40.2, Defendant Giganews, Inc. hereby notifies this Court that it has no parent corporation and no publicly held company owns ten percent or more of its stock.

Pursuant to Fed. R. Civ. P. 7.1 and CivLR 40.2, Defendant Livewire Services, Inc. hereby notifies this Court that it has no parent corporation and no publicly held company owns ten percent or more of its stock.

Dated: May 18, 2011          **WINSTON & STRAWN LLP**
                              Andrew P. Bridges
                              Jennifer Golinveaux

                              By   s/ Andrew P. Bridges
                                 Attorney for Defendants Giganews, Inc. and
                                 Livewire Services, Inc.
                                 E-mail: abridges@winston.com