# CERTIFICATE OF SERVICE

Case No. 11-CV-0905 H (MDD)

I am over the age of 18 and not a party to the within action. I am employed in the County of San Francisco, State of California, by Winston & Strawn LLP. My business address is 101 California Street, San Francisco, CA 94111-5802.

On May 18, 2011, I served the following documents:

**JOINT MOTION TO EXTEND DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

**DEFENDANTS' NOTICE OF PARTY WITH FINANCIAL INTEREST**

by electronically filing true and correct copies thereof with the Court's CM/ECF system, which caused notice to be served on opposing counsel via electronic notification in accordance with Civil Local Rule 5.4.c.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 18, 2011.

_____
Thomas J. Kearney