# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>                                    Plaintiff,<br><br>    vs.<br><br>GIGANEWS, INC., a Texas corporation; LIVEWIRE SERVICES, INC., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>                                    Defendants. | CASE NO. 11-CV-00905 H (MDD)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

On May 18, 2011, the parties filed a motion for a 30 day extension of time for Defendants Giganews, Inc. and Livewire Services, Inc. ("Defendants") to respond to Plaintiff's complaint. (Doc. No. 6.) For good cause shown, the Court GRANTS the parties' motion. Defendants are directed to file any response to Plaintiff's complaint on or before **June 22, 2011**.

**IT IS SO ORDERED.**

DATED: May 19, 2011

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT