Andrew P. Bridges SBN 122761
Jennifer Golinveaux SBN 203056
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111-5802
(415) 591-1000 (ph)
(415) 591-1400 (fax)

Attorneys for Defendants Giganews, Inc. and
Livewire Services, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>GIGANEWS, INC., a Texas corporation;<br>LIVEWIRE SERVICES, INC., a Nevada<br>corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 11-CV-0905 H (MDD)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO CHANGE VENUE**<br><br>**DATE: August 1, 2011**<br>**TIME: 10:30 a.m.**<br>**Hon. Marilyn L. Huff**<br>**COURTROOM 13 – Fifth Floor** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 1, 2011 at 10:30 a.m, or as soon thereafter as this matter can be heard before the Honorable Marilyn L. Huff of the United States District Court for the Southern District of California, in Courtroom 13 at 940 Front Street, San Diego, California 92101, defendants Giganews, Inc. ("Giganews") and Livewire Services, Inc. ("Livewire") (collectively "Defendants") will and hereby do move pursuant to 28 U.S.C. § 1404(a) to transfer this action to the Central District of California in the interests of justice and for the convenience of the parties and witnesses.

This Motion is based on the attached supporting Memorandum of Points and Authorities, the Declaration of Thomas J. Kearney, the Declaration of Philip Molter, the Declaration of Ronald Yokubaitis, all files and pleadings in this action and any other matters that may properly come before the Court at or before the time of hearing on this matter.

Dated: June 21, 2011                         Respectfully submitted,

**WINSTON & STRAWN LLP**
Andrew P. Bridges
Jennifer Golinveaux


By_____s/ Andrew P. Bridges
        Attorney for Defendants
        E-mail: abridges@winston.com

SF:312490.1

-1-
DEFENDANTS' NOTICE OF MOTION AND MOTION TO CHANGE VENUE

11cv0905