1   Andrew P. Bridges SBN 122761
    Jennifer Golinveaux SBN 203056
2   **WINSTON & STRAWN LLP**
    101 California Street
3   San Francisco, CA  94111-5802
    (415) 591-1000 (ph)
4   (415) 591-1400 (fax)

5   Attorneys for Defendants Giganews, Inc. and
    Livewire Services, Inc.

6

7

8                UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10  PERFECT 10, INC., a California corporation,     )   Case No. 11-CV-0905 H (MDD)
                                                    )
11                             Plaintiff,           )   **DEFENDANTS' NOTICE OF**
                                                    )   **MOTION AND RULE 12(b)(6)**
12                    vs.                           )   **MOTION TO DISMISS**
                                                    )
13  GIGANEWS, INC., a Texas corporation;            )
    LIVEWIRE SERVICES, INC., a Nevada              )   **DATE: August 15, 2011**
14  corporation; and DOES 1 through 100, inclusive, )   **TIME: 10:30 a.m.**
                                                    )   **Hon. Marilyn L. Huff**
15                           Defendants.            )   **COURTROOM 13 – Fifth Floor**
                                                    )

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2        PLEASE TAKE NOTICE that on August 15, 2011 at 10:30 a.m, or as soon thereafter as this

3    matter can be heard before the Honorable Marilyn L. Huff of the United States District Court for the

4    Southern District of California, in Courtroom 13 at 940 Front Street, San Diego, California 92101,

5    defendants Giganews, Inc. ("Giganews") and Livewire Services, Inc. ("Livewire") (collectively

6    "Defendants") will and hereby do move pursuant to Federal Rule of Civil Procedure 12(b)(6) to

7    dismiss this action.

8        This Motion is based on the attached supporting Memorandum of Points and Authorities, the

9    accompanying Declarations of Thomas J. Kearney and Ronald B. Yokubaitis, all files and pleadings

10   in this action and any other matters that may properly come before the Court at or before the time of

11   hearing on this matter.

12

     Dated: June 22, 2011                        Respectfully submitted,
13

14                                               **WINSTON & STRAWN LLP**
                                                 Andrew P. Bridges
15                                               Jennifer Golinveaux

16

17                                               By     s/ Andrew P. Bridges
                                                        Attorney for Defendants
18                                                      E-mail: abridges@winston.com

19

20

21

22

23

24

25

26

27

28

*Winston & Strawn LLP*
*101 California Street*
*San Francisco, CA 94111-5802*

-1-
DEFENDANTS' NOTICE OF MOTION AND RULE 12 (b)(6) MOTION TO DISMISS

**11cv0905**