1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

8
9

| | |
|---|---|
| PERFECT 10, INC., a California corporation, Plaintiff, vs. GIGANEWS, INC., a Texas corporation; LIVEWIRE SERVICES, INC., a Nevada corporation; and DOES 1 through 100, inclusive, Defendants. | CASE NO. 11-CV-00905 H (MDD) **ORDER DENYING WITHOUT PREJUDICE** *EX PARTE* **APPLICATION FOR LEAVE TO FILE EXHIBIT UNDER SEAL** |

10
11
12
13
14
15
16
17

    On July 11, 2011, Plaintiff Perfect 10, Inc. filed an *ex parte* application to file under seal a non-electronic exhibit. (Doc. No. 16.) Plaintiff's application indicates that the exhibit would be filed along with a declaration in support of Plaintiff's motion for preliminary injunction. (Id. at 2.) The Court notes that at this time, no motion for preliminary injunction has been filed. Additionally, Plaintiff has not submitted to the Court the relevant exhibit for review before sealing. Accordingly, the Court DENIES the *ex parte* application at this time.

18
19
20
21
22
23

    **IT IS SO ORDERED.**

24

DATED: July 11, 2011

25
26
27

_____

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

28

- 1 -

11cv905