Andrew P. Bridges (SBN 122761)
Jennifer A. Golinveaux (SBN 203056)
K. Joon Oh (SBN 246142)
Thomas J. Kearney (SBN 267087)
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA  94111-5802
(415) 591-1000 (ph)
(415) 591-1400 (fax)
Attorneys for Defendants Giganews, Inc. and
Livewire Services, Inc.

Eric J. Benink (SBN 187434)
Mary K. Wyman (SBN 260104)
**KRAUSE KALFAYAN BENINK & SLAVENS, LLP**
625 Broadway, Suite 635
San Diego, CA 92101
(619) 232-0331 (ph)
(619) 232-4019 (fax)
Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GIGANEWS, INC., a Texas corporation; LIVEWIRE SERVICES, INC., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 11-CV-0905 H (MDD)<br><br>**JOINT MOTION TO CONTINUE PENDING HEARINGS** |

Plaintiff Perfect 10, Inc. and Defendants Giganews, Inc. and Livewire Services, Inc. ("Defendants"), by and through their undersigned counsel, hereby jointly request that the Court extend the time for hearing all motions currently pending in this action to facilitate settlement discussions.

Counsel for Plaintiff and for Defendants jointly ask that the Court (a) continue the hearing on Defendants' Motion to Change Venue (Docket No. 10) (currently scheduled for August 1, 2011) for four weeks, until August 29, 2011; and (b) continue the hearings on both Defendants' Motion to

Dismiss (Docket No. 11) and Plaintiff's Motion for Preliminary Injunction (Docket No. 17) (both currently scheduled for August 15, 2011) for four weeks, until Monday, September 12.  The parties stipulate that Plaintiff's and Defendants' responsive papers to the above motions shall be due as follows:

| Responsive paper | New due date |
| --- | --- |
| Plaintiff's Opposition to Motion to Dismiss | August 15, 2011 |
| Defendants' Opposition to Motion for Preliminary Injunction | August 15, 2011 |
| Defendants' Reply Brief in Support of Motion to Change Venue | August 22, 2011 |
| Defendants' Reply Brief in Support of Motion to Dismiss | September 2, 2011 |
| Plaintiff's Reply Brief in Support of Motion for Preliminary Injunction | September 2, 2011 |

The parties seek this extension of time not for delay, but for good cause and so that justice may be served.

In accordance with Local Rule 7.2, Defendants will separately submit a Proposed Order granting the relief requested.

Dated:  July 22, 2011           **WINSTON & STRAWN LLP**
                                                Andrew P. Bridges
                                                Jennifer A. Golinveaux
                                                K. Joon Oh
                                                Thomas J. Kearney

                                By     s/ Andrew P. Bridges
                                                Attorney for Defendants Giganews, Inc., and
                                                Livewire Services, Inc.
                                                E-mail: abridges@winston.com

Dated:  July 22, 2011           **KRAUSE KALFAYAN BENINK & SLAVENS, LLP**
                                                Eric J. Benink
                                                Mary K. Wyman

                                By     s/ Eric J. Benink
                                                Attorney for Plaintiff
                                                E-mail: eric@kkbs-law.com